F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 006559
JANET L. ROSALES, ESQ.
Nevada Bar No. 010736
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: caustin@klnevada.com
jrosales@klnevada.com
wschuller@klnevada.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company, YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited litability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00453-KJC-RJJ<br><br>X[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME FOR DEFENDANTS' MOTION TO STAY PROCEEDINGS |

Presently before the Court is the Application for Order Shortening Time for Defendants' Motion to Stay Proceedings (the "Application").

For good cause appearing,

IT IS HEREBY ORDERED that the Application is GRANTED.

1296373 (8237-12)                         Page 1 of 2

1  ~~IT IS FURTHER ORDERED that the Motion to Stay Proceedings [Doc. 34] will be~~
2  heard b~~y this Court at      a.m./p.m. on the      day of            201~~2.

3  IT IS FUTHER ORDERED that the parties adhere to the following briefing schedule:

4  Oppositions to the Motion will be due on   12/14/12  ; and

5  Replies in support of the Motion will be due on   12/19/12  .

6  DATED this  10t day of December, 2012.

7
8                                                          _____
9                                                          UNITED STATES DISTRICT JUDGE

10 Respectfully Submitted by:

11 KOLESAR & LEATHAM

12
13 _____
   E. CHRISTOPHER AUSTIN, ESQ.
14 Nevada Bar No. 006559
   JANET L. ROSALES, ESQ.
15 Nevada Bar No. 010736
   WILLIAM D. SCHULLER, ESQ.
16 Nevada Bar No. 011271
   400 South Rampart Boulevard, Suite 400
17 Las Vegas, Nevada 89145

18 Attorneys for Defendants

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1296373 (8237-12)        Page 2 of 2