F. Christopher Austin, Esq.
Nevada Bar No. 006559
Janet L. Rosales, Esq.
Nevada Bar No. 010736
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    caustin@klnevada.com
           jrosales@klnevada.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company, YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited litability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:12-cv-00453-KJD-RJJ<br><br>Notice of Change of Attorney for Defendants |

PLEASE TAKE NOTICE the following attorneys should be listed, pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States of District Court, District of Nevada, in the above-referenced matter and served electronically with all documents automatically generated by that Court's facilities upon:

//

F. Christopher Austin  caustin@klnevada.com, ccolucci@klnevada.com

Janet L Rosales  jrosales@klnevada.com, bbroussard@klnevada.com,

William D. Schuller  wschuller@klnevada.com, lfraga@klnevada.com

The following attorney should be **deleted** from the service list:

Robert J. Caldwell  RCaldwell@KLNevada.com,

Shlomo S. Sherman  ssherman@klnevada.com, bbroussard@klnevada.com

Please change your records accordingly.

DATED this 17th day of December, 2012.

KOLESAR & LEATHAM

By /s/
F. Christopher Austin, Esq.
Nevada Bar No. 006559
Janet L. Rosales, Esq.
Nevada Bar No. 010736
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada  89145
Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 21, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the __18__ day of December, 2012, I caused to be served a true and correct copy of foregoing Notice of Change of Attorney for Defendants, in the following manner:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

/s/ Christi Colucci
An Employee of Kolesar & Leatham