UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:12-cv-00453-KJD-NJK |
| vs. | ) ) **ORDER** |
| SMOKE RANCH DEVELOPMENT, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on the Defendants' Motion to Extend Deadline to Amend Answer and for Leave to File Amended Answer (#47) filed on January 10, 2013.

On January 14, 2013, the Court Ordered that any response to the Defendants' Motion (#47) must be filed no later than January 21, 2013. Minute Order (#49). On January 28, 2013, the Defendants filed a Notice of Non-Opposition indicating that the Plaintiffs did not respond by the Court-Ordered deadline. Notice (#58). To date, the Plaintiffs still have not responded to the Defendants' Motion (#47).

Local Rule 7-2(d) provides that the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Here, the Plaintiffs have not filed a response. Accordingly, their lack of response constitutes consent to the granting of the motion.

...

1 | Based on the foregoing and good cause appearing therefore,

2 | **IT IS HEREBY ORDERED** that the Defendants' Motion to Extend Deadline to Amend
3 | Answer and for Leave to File Amended Answer (#47) is **GRANTED**;

6 | DATED this 23rd day of April, 2013.

_____
**NANCY J. KOPPE**
**United States Magistrate Judge**