UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company, YOEL INY, an individual; NOAM SCHWARTZ, nan individual; YOEL INY, Trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00453-APG-NJK<br><br>**ORDER REGARDING JURY TRIAL** |

    I previously ruled that defendants are entitled to a jury trial on the issues of the amount of the debt owed at the time of foreclosure and the sales price garnered at the trustee's sale. (Dkt. #146 at 9.) At my direction, the parties submitted supplemental briefs regarding whether a jury trial is still needed in light of the deficiency hearing I conducted on December 16, 2014. (Dkt. ## 152, 153.) After considering those briefs, I have determined that a jury trial is still needed on the questions of the amount of the debt owed at the time of foreclosure and the sale price garnered at the trustee's sale.

    The parties are hereby ordered to confer about available trial dates during the months of May through September, 2015. By no later than May 11, 2015, the parties shall submit a joint

brief regarding their availability for trial during those months.  If the parties intend to submit motions in limine, they should also propose a briefing schedule for those motions.

DATED this 29th day of April, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE