Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company; YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY as trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ as trustee of NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-00453-APG-NJK<br><br>**JOINT PROPOSED *MOTIONS IN LIMINE* BRIEFING SCHEDULE**<br><br>**ORDER** |

/ / /

/ / /

Page 1 of 2

7764816_1

Plaintiff and Defendants, by and through their counsel of record, pursuant to the Court's order (Dkt. 154), propose the following briefing schedule for *Motions in Limine*:

1. *Motions in Limine* shall be filed on or before May 29, 2015 with responses and replies to be due be in compliance with Local Rule 7-2.

DATED this 14th day of May 2015.

*/s/ Jeremy J. Nork*
Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Attorneys for Plaintiff

DATED this 14th day of May 2015.

*/s/ Janet L. Rosales*
Randolph L. Howard, Esq.
Bart K. Larsen, Esq.
Janet L. Rosales, Esq.
400 S. Rampart, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2015

7764816_1