UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company; YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY, Trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00453-APG-NJK<br><br>JUDGMENT<br><br>(Dkt. #178) |

    On September 26, 2014, I entered partial summary judgment in favor of plaintiff Branch Banking and Trust Company ("BB&T") finding the defendants liable under the Promissory Note and Guaranties at issue in this case. (Dkt. #130.)  Subsequently, the parties stipulated that on February 29, 2012, the property that is the subject of this litigation was sold at a non-judicial trustee's sale for a credit bid in the amount of $436,000.00. (Dkt. #165.)  On June 8, 2015, in open court, the parties read into the record their stipulation that the amount of the debt as of February 29, 2012 was $821,092.45. (*See also* Dkt. #178.)  On June 9, 2015, I entered an Order determining that the fair market value of the subject property as of February 29, 2012 was $300,000. (Dkt. #177.)  In that Order, I also ruled that BB&T is entitled to recover a deficiency judgment against the defendants under Nevada Revised Statute §40.455 in the amount of $385,092.45 plus interest from February 29, 2012 to the date of judgment. (*Id.*)

    Pursuant to my June 9, 2015 Order, the parties submitted additional briefs regarding the interest calculation. (Dkt. ##179, 180, 181.)  As set forth in the relevant loan documents, the

default interest rate is 18% per annum, computed on a 360-day year. (Dkt. #179 at ftnt. 1.) Thus, the deficiency amount accrued interest at the rate of $192.55 per diem, yielding interest for the period February 29, 2012 through August 27, 2015 in the amount of $245,308.70 (1274 days x $192.55).

**IT IS THEREFORE ORDERED** that judgment is hereby entered in favor of plaintiff Branch Banking and Trust Company and against defendants Smoke Ranch Development, LLC; Yoel Iny; Noam Schwartz; the Y & T Iny Family Trust dated June 8, 1994, as amended; the Noam Schwartz dated August 19, 1999; and D.M.S.I., LLC, jointly and severally, in the amount of $630,401.15.  That amount is comprised of the deficiency amount of $385,092.45 plus interest of $245,308.70 for the period February 29, 2012 through August 27, 2015.

**IT IS FURTHER ORDERED** that the judgment amount shall accrue interest at the legal rate from the date of entry of judgment until the judgment is paid in full.

**IT IS FURTHER ORDERED** that if plaintiff Branch Banking and Trust Company believes it is entitled to recover its attorneys' fees and costs, it shall file a motion within 14 days of entry of this Judgment.

DATED this 27th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE