Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775/ 327-3000
775/ 786-6179 – fax
jnork@hollandhart.com
fzlaforge@hollandhart.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company; YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY as trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ as trustee of NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>　　　　　　　　Defendants. | CASE NO. 2:12-cv-00453-APG-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR NONTAXABLE COSTS**<br><br>(First Request)<br><br>**ORDER** |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline for Plaintiff to respond to Defendants' Opposition to Plaintiff's Motion for Renewed Motion for Nontaxable Costs (Dkt. 207), from October 17, 2016 to

**October 31, 2016**.  This stipulation is made to accommodate the schedule of Plaintiff's counsel and not for purposes of delay.

DATED October 18, 2016                                         DATED October 18, 2016

  /s/ Jeremy J. Nork                                                    /s/ Bart K. Larsen
Jeremy J. Nork, Esq.                                                Bart K. Larsen, Esq.
Frank Z. LaForge, Esq.                                             KOLESAR & LEATHAM
HOLLAND & HART LLP                                            400 S. Rampart Blvd., Suite 400
5441 Kietzke Lane, Second Floor                              Las Vegas, Nevada 89145
Reno, Nevada 89511

Attorneys for Plaintiff                                                  Attorneys for Defendants

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 19, 2016.