BART K. LARSEN, ESQ.
Nevada Bar No. 8538
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: blarsen@klnevada.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company, YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00453-APG-NJK<br><br>**ORDER** |

**STIPULATED ORDER TO VACATE JUDGMENTS
AND TO DISMISS ACTION WITH PREJUDICE**

Plaintiff BRANCH BANKING AND TRUST COMPANY ("BB&T" or "Plaintiff"), by and through its undersigned counsel of record, and Defendants SMOKE RANCH DEVELOPMENT, LLC, YOEL INY, NOAM SCHWARTZ, YOEL INY as Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, NOAM SCHWARTZ as Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999, and D.M.S.I., L.L.C. (collectively "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree to the entry of this Stipulated Order by this Court providing as follows:

2225063 (8237-12)

Page 1 of 2

1. The Judgment entered in this action in favor of BB&T and against Defendants on August 27, 2015 [ECF No. 182] in the amount of $630,401.15 is hereby vacated;

2. The Clerk's Judgment entered in this action in favor of BB&T and against Defendants on September 6, 2016 [ECF No. 200] awarding BB&T attorney fees in the amount of $231,016.66 is hereby vacated;

3. The Amended Judgment entered in this action in favor of BB&T and against Defendants on May 1, 2017 [ECF No. 215] awarding BB&T attorney fees in the amount of $231,016.66 and non-taxable costs in the amount of $9,496.98 is hereby vacated;

4. All claims and counterclaims asserted in this action are hereby dismissed with prejudice; and

5. The parties shall each bear their own attorney fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

DATED this 19 day of Dec., 2017.

**HOLLAND & HART LLP**

By _____
JEREMY J. NORK, ESQ.
FRANK Z. LAFORGE, ESQ.
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Plaintiff*

DATED this 6th day of Nov., 2017.

**KOLESAR & LEATHAM**

By _____
BART K. LARSEN, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 21, 2017.